■ GODFREY A. JELKS, Appellant, v ST. MARY'S HOSPITAL et al., Defendants, and MENORAH HOME AND HOSPITAL FOR THE AGED AND INFIRM et al., Respondents. [15 NYS3d 700]—In an action, inter alia, to recover damages for wrongful death, etc., the plaintiff appeals from an order of the Supreme Court, Kings County (Silber, J.), dated April 21, 2010, which, among other things, denied his motion for leave to amend the complaint.

Ordered that the appeal is dismissed, without costs or disbursements.

It is the obligation of the appellant to assemble a proper record on appeal (*see 425 E. 26th St. Owners Corp. v Beaton*, 128 AD3d 766 [2015]). Here, the record filed by the appellant is inadequate to enable this Court to render an informed decision on the merits regarding the appeal and, accordingly, the appeal must be dismissed (*see Elgart v Berezovsky*, 123 AD3d 970 [2014]). Mastro, J.P., Leventhal, Roman and Miller, JJ., concur.